

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/2022
```

May 12, 2022

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *United States v. Leuris Sabala-Mejia,* **21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

    The Government writes to request a two-week adjournment of its deadline to file its opposition to defendant Sabala-Mejia's pending motion to suppress. *See* Dkt. No. 105. The Government's deadline to respond is currently May 13, 2022. The parties are in discussions regarding a pretrial disposition that would moot the defendant's motion. Accordingly, the Government respectfully requests a two-week adjournment, to May 27, 2022, for filing its opposition brief to the defendant's motion. The defendant consents to this adjournment.

                Respectfully submitted,

                 DAMIAN WILLIAMS
                 United States Attorney

        by:   /s/_____
              Matthew R. Shahabian
              Assistant United States Attorney
              (212) 637-1046

cc: Susan Marcus, Esq. (by ECF)

---

The government's request for an extension of time to oppose the defendant's motion is GRANTED, on the defendant's consent, notwithstanding that the government's request is untimely. The prosecutor is admonished to consult the Court's Individual Rules. The Court will deny any future request by the prosecutor for an extension or adjournment made less than 72 hours prior to the scheduled deadline without a showing of good cause for such an untimely request.

Date: May 13, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge