Law Firm of
# Susan K Marcus LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

December 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/5/2022

<u>VIA ECF</u>

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

In re: *United States v. Encarnacion-Velez et al. (on behalf of Leuris Sabala-Mejia)*, 21-CR-225

Dear Judge Vyskocil:

I write to request a modification of Mr. Sabala-Mejia's bond condition from location monitoring with a curfew to pretrial supervision as directed by Pretrial Services. Mr. Sabala-Mejia has been on electronic monitoring for 21 months. His pretrial officer and the government consent to the modification.

Mr. Sabala-Mejia has been fully compliant with all conditions to date. He is cooperative, mild-mannered, responsible and stable. Pretrial is appreciative of the challenges he faces as a single father and has suggested that I request this modification to the Court. Requiring Mr. Sabala-Mejia to be on location monitoring is, in pretrial's view, unnecessary. Pretrial agrees that Mr. Sabala-Mejia has proven himself to be reliable, stable and presents little risk of flight or danger.

Bond conditions must be the *least restrictive* possible to ensure the defendant's appearance and the safety of others. 18 U.S.C. § 3142(c)(1)(B). Pretrial considers Mr. Sabala-Mejia to be low risk, and thus, recommends that he should be given a less restrictive condition. In order for him to go anywhere, it requires 48 hours advance approval by pretrial services. This is an unnecessary burden on pretrial services, and is a condition that is intended to be reserved for those defendants who present a greater risk of danger or flight. No other defendant has been subjected to electronic monitoring, even those with greater liability in this case.



███████████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████

Mr. Sabala-Mejia requests an immediate modification of his bond conditions from home detention with a curfew, to supervision as directed by Pretrial Services.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Susan K. Marcus, Esq.
Attorney for Leuris Sabala-Mejia

**Granted. SO ORDERED.**

Date: Dec. 5, 2022
New York, New York

*[signature]*
Mary Kay Vyskocil
United States District Judge