UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022
```

UNITED STATES OF AMERICA,

-v.-

LEURIS MANUEL SABALA-MEJIA,

              Defendant.

21-cr-225-6 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on December 21, 2022 at 3:00 p.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:  **December 19, 2022**
          **New York, New York**

_____
**MARY KAY VYSKOCIL
United States District Judge**

1