```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-　　　　　　　　　　　　　　　　21-cr-225-MKV-6

LEURIS MANUEL SABALA-MEJIA,　　　　　**ORDER**

　　　　　　　Defendant.

MARY KAY VYSKOCIL, United States District Judge:

　　On or before November 17, 2023, the parties are HEREBY DIRECTED to file a joint letter, advising the Court whether the recently enacted amendments to the Sentencing Guidelines are in any way relevant to the upcoming sentencing of Defendant Sabala-Mejia.

**SO ORDERED.**

Date:  November 9, 2023　　　　　　　　　　　_____
　　　　New York, NY　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1