USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/21/2024

Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

February 6, 2024

<u>BY ECF</u>

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>**United States v. Leuris Sabala-Mejia**</u>**,**
              **21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

    I am writing to request that the court adjourn the voluntary surrender date for Mr. Leuris Sabala-Mejia. His surrender date is currently set for March 1, 2024. As the Court is aware, he is a single parent of two minor children. They are in 9th and 10th grades, in high school. March 1 is in the middle of their school year. They are both having a difficult time with his impending absence. We request an adjournment until the end of their school year, until July 2, 2024, to lessen the disruption to their education and well-being, and to ensure that Mr. Sabala-Mejia can arrange for a suitable guardian during his absence. Their last day of school is June 26, 2024, a Wednesday. This will give Mr. Sabala-Mejia a few days after their last day of school to help them get situated. AUSA Matthew Shahabian consents to this request.

    Thank you very much for your consideration of this request.

                                        Sincerely,

                                        Susan K. Marcus, Esq.
                                        Attorney for Leuris Sabala-Mejia

---

**Granted. SO ORDERED.**  All conditions remain in effect.
Defendant shall remain in touch with Probation.

Date:  Feb. 21, 2024
New York, New York

                    Mary Kay Vyskocil
                    United States District Judge