USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2024

Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

June 28, 2024

BY ECF

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Leuris Sabala-Mejia,**
              **21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

      I am writing to request that the court adjourn the voluntary surrender date for Mr. Leuris Sabala-Mejia. His surrender date is currently set for July 2, 2024. I called the Marshals' office on June 11, 2024 to find out where he had been designated; I was told he hadn't been yet. I left a message at probation as well. I did not hear anything back, so I called the Marshals again this morning to find out where he should surrender on July 2, 2024. Since it was so close to the date, they thought he should have been designated already. They looked into the matter more thoroughly. They have not received record of him being sentenced; thus, they need more time to designate him (I believe he is emailing the Court and probation now to ask that the Judgment and Conviction be sent to them to begin the process). I asked how much time and he did not know exactly, but said it would take a while.

      I am requesting a 60-day adjournment for Mr. Leuris Sabala-Mejia to voluntarily surrender. AUSA Matthew Shahabian consents to this request.

      Thank you very much for your consideration of this request.

Sincerely,

*/s/ Susan K. Marcus/*

Susan K. Marcus, Esq.
Attorney for Leuris Sabala-Mejia

---

*Given counsel's representation that no facility has been designated, this request for a 60-day adjournment of Mr. Sabala-Mejia's surrender date is GRANTED. The parties shall file a status letter in 45 days.*

Date: June 28, 2024
New York, New York

*/s/ Mary Kay Vyskocil/*
Mary Kay Vyskocil
United States District Judge