```
                                                              USDC SDNY
                                                              DOCUMENT
                          Law Firm of                         ELECTRONICALLY FILED
                     Susan K Marcus LLC                       DOC #:_____
               29 Broadway, Suite 1412, New York, NY 10006    DATE FILED: 8/23/2024
         T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com
```

August 22, 2024

<u>FILED ON ECF</u>

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>**United States v. Leuris Sabala-Mejia,**</u>
                **21 Cr. 225 (MKV)**

Dear Judge Vyskocil:

     I am writing to request that the court adjourn the voluntary surrender date for Mr. Leuris Sabala-Mejia. His surrender date is currently set for September 2, 2024. He has been designated to FCI Thomson in Illinois. The following reasons are redacted for public filing, because they involve sensitive medical information involving a minor. I have provided an unredacted copy to the Court, the Assistant United States Attorney Matthew Shahabian, and Vanessa Perdomo, his Pretrial Services Officer.



     This is not an attempt to avoid his sentence. He was ready to surrender on July 2. This unexpected event has left him no time to prepare ████████████████████████████████████████

     I am requesting an adjournment to early March, for Mr. Sabala-Mejia to voluntarily surrender. AUSA Matthew Shahabian consents to this request. Mr. Sabala-Mejia has been fully compliant with pretrial supervision.

Thank you very much for your consideration of this request.

Sincerely,

Susan K. Marcus, Esq.
Attorney for Leuris Sabala-Mejia

cc:   AUSA Matthew Shahabian
      Vanessa Perdomo, Pretrial Services Officer

---

This request is GRANTED. Defendant shall surrender on April 14, 2025. Given the numerous previous adjournments of his surrender date, and counsel's representation that she has discussed with Defendant the trade-off he is making by not serving his sentence now, the Court will not entertain any more requests to further adjourn Defendant's surrender date, even if he and his family are facing further difficulties he does presently anticipate.

Date: August 23, 2024
New York, New York

Mary Kay Vyskocil
United States District Judge